# United States District Court
## Northern District of Ohio
### Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Geri M. Smith
Clerk of Court

(216) 357-7000



08cr7016-BTM

FILED
MAR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JA1+   DEPUTY

March 7, 2008

Office of the Clerk
District of California Southern

RE:   1:07cr598

Pursuant to Order of Transfer of Jurisdiction signed by Judge Economus on 1/29/08, enclosed case is being transferred to your court.   Please acknowledge receipt of original/certified copy of record and docket sheet by returning a time-stamped copy of this memo in enclosed envelope.

File is also available on internet at www.ecf.ohnd.uscourts.gov

Sincerely,

Geri M. Smith, Clerk

/s/Paulette Eberhardt
by: Paulette Eberhardt
Operation Specialist
(216) 357-7008

U.S. Court House
568 Federal Building
2 South Main Street
Akron, OH  44308-1876
(330) 252-6000

114 U.S. Court House
1716 Spielbusch Avenue
Toledo, OH  43604-5385
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:07CR00598-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** 08 MAR -6 PM 4: 22 | | DOCKET NUMBER (Rec. Court) 08 CR 7016-BTM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: James Rissmiller 10911 Lake Avenue, Apt. 105 Cleveland, Ohio 44102 | DISTRICT NORTHERN DISTRICT OF OHIO | DIVISION Cleveland |
|---|---|---|
| | NAME OF SENTENCING JUDGE Barry Ted Moskowtiz | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/17/05    TO 6/16/08 |

**OFFENSE**

Conspiracy to Commit Wire, Mail, and Securities Fraud, Defraud the U.S.; Wire and Mail Fraud, Aiding and Abetting

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/29/08
_Date_

_[signature]_
_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/20/08
_Effective Date_

_[signature] Barry Ted Moskowitz_
_United States District Judge_