Limbert, Termed

# U.S. District Court
# Northern District of Ohio (Cleveland)
# CRIMINAL DOCKET FOR CASE #: 1:07-cr-00598-PCE-1
# Internal Use Only

Case title: United States of America v. Rissmiller

Date Filed: 11/26/2007
Date Terminated: 11/26/2007

Assigned to: Judge Peter C. Economus

### Defendant (1)

**James Thomas Rissmiller**
*TERMINATED: 11/26/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371.F Conspiracy to commit Wire Fraud, Mail Fraud, Securities Fraud and to Defraud | disposed |

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: Paulette Eberhardt
Deputy Clerk

Agencies of the United States

## Plaintiff

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | 1 | Transfer of Jurisdiction for Supervised Release as to James Thomas Rissmiller. Received certified copies of indictment, judgment and docket sheet from United States District Court for the Southern District of California (Attachments: # 1 Indictment, # 2 Signature Page, # 3 Judgment, # 4 Docket Sheet)(E,P) (Entered: 11/26/2007) |
| 11/26/2007 |  | Random Assignment of Magistrate Judge pursuant to Local Criminal Rule 57.9. In the event of a referral, case will be assigned to Magistrate Judge Limbert. (E,P) (Entered: 11/26/2007) |
| 11/26/2007 |  | (Court only) ***Case Terminated as to James Thomas Rissmiller. (E,P) (Entered: 11/26/2007) |
| 11/26/2007 |  | (Court only) Address of Defendant: James Thomas Rissmiller, 10911 Lake Avenue, #305, Cleveland, OH 44102 (G,D) (Entered: 11/30/2007) |
| 03/06/2008 | 2 | Probation Jurisdiction Transferred to California Southern District Court as to James Thomas Rissmiller Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (E,P) Modified on 3/6/2008 (E,P). (Entered: 03/07/2008) |
| 03/07/2008 | 3 | Certified copies of record, docket sheet and acknowledgment of receipt mailed to California Southern District Court on 3/7/08 (E,P) (Entered: 03/07/2008) |